```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENZER BELL,

                      Plaintiff,

      -against-

KEVIN MARSHALL,

                  Defendant.
------------------------------------------------------------X

13 CIVIL 7916 (PKC)(HBP)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2018, the R&R is adopted in its entirety and default judgment is entered against defendant Marshall in accordance with the R&R. This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44345 (1962).

**Dated:** New York, New York
        April 20, 2018

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

BY:  _____
                                                **Deputy Clerk**