UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RENZER BELL,

                        Plaintiff,                  13-cv-7916 (PKC)(HBP)

-against-                                  ORDER

STALIN RAMIREZ a/k/a JOSE STALIN
RAMIREZ,

                        Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        If either plaintiff's summary judgment motion or plaintiff's proposed voir dire, verdict sheet and request to charge are not filed by September 18, 2020, the action will be dismissed for failure to prosecute.

        SO ORDERED.

                                                P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       September 8, 2020

MAIL TO RENZER BELL