**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RENZER BELL,

                     Plaintiff,

   -against-                                     13 **CIVIL** 7916 (PKC)

                                                     **JUDGMENT**

STALIN RAMIREZ A/K/A JOSE STALIN
RAMIREZ et ano.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2021, the action is dismissed and judgment is entered in favor of defendant Ramirez; accordingly, the case is closed.

**Dated:** New York, New York

      November 12, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                            **BY:**       *K. Mango*
                                                             **Deputy Clerk**